**United States District Court**
**Violation Notice**

CVB Location Code
A66

06-03316-MP-GEE (CVB)

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| F 4017515 | A Quezada | 1799 |

F 4017515

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 2-7-06 1300 | 36 CFR 261.9a |

Place of Offense
Redington Pass Rd mm 10½

Offense Description
36 CFR 261.9A
Damaging Govt Property Trees

**DEFENDANT INFORMATION**  Phone ( )

| Last Name | First Name | MI |
|---|---|---|
| Schafer | John | D |

Street Address: [redacted]
City / State / Zip Code / Date of Birth: [redacted]
Drivers License No / DL State / Social Security No: [redacted]

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F   Race White   Hair / Eyes / Height / Weight: [redacted]

**VEHICLE DESCRIPTION** VIN

| Tag No | State | Year | Make | Type | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ 500.00 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 525.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address / Date / Time: [blank]

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signed]

[Stamp: FILED RECEIVED LODGED COPY / CLERK U.S. DISTRICT COURT DISTRICT OF ARIZONA / JUN - 6 2006 / BY ___ DEPUTY]

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on February 8, 2006 while exercising my duties as a law enforcement officer in the Federal District of Arizona, Coronado National Forest, Santa Catalina Ranger District, I was assigned to check an illegal structure located on National Forest in Redington Pass MP 10.5. Myself and Officers Edwards and Aydelotte walked into the area and found John David SCHAFER sitting in front of the structure. SCHAFER claimed ownership and responsibility for the structure and stated he had been living on Forest for the last nine years. SCHAFER stated he had cut trees in the area to build the structure and had pruned trees in the area for gardening.

Violation notices were given to SCHAFER for residential living F4017513, damaging government property F4017515, and building a structure on National Forest F4017514. See additional report with pictures available.

F4017515

The foregoing statement is based upon
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 2-8-06  [signature]
                Date        Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
                Date        U.S. Magistrate Judge

**United States District Court**
**Violation Notice**

CVB Location Code: A66

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| F 4017514 | A Quevedo | L799 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 2-7-06 12:30
Offense Charged: 36 CFR 261.10 g

Place of Offense: Redington Pass Rd

Offense Description: 36 CFR 261.10 g Building a Structure

**DEFENDANT INFORMATION**
Last Name: Schafer
First Name: John
MI: D

(Street Address, City, State, Zip, DOB, DL No, SSN, etc. — redacted)

Adult ☑ Juvenile ☐ Sex: M

**VEHICLE DESCRIPTION**
(blank)

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ 250.00 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 275.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: (signed)

Side margin: 06-03316-MP-GEE (CVB)

Stamp: CLERK U.S. DISTRICT COURT DISTRICT OF ARIZONA — JUN -6 2006 — BY DEPUTY — FILED — RECEIVED

Handwritten notes: "Set case for trial", "Contact info:", "AUSA:", "F4017514"

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on February 8, 2006 while exercising my duties as a law enforcement officer in the Federal District of Arizona, Coronado National Forest, Santa Catalina Ranger District, I was assigned to check an illegal structure located on National Forest in Redington Pass MP 10.5. Myself and Officers Edwards and Aydelotte walked into the area and found John David SCHAFER sitting in front of the structure. SCHAFER claimed ownership and responsibility for the structure and stated he had been living on Forest for the last nine years. SCHAFER stated he had cut trees in the area to build the structure and had pruned trees in the area for gardening.

Violation notices were given to SCHAFER for residential living F4017513, damaging government property F4017515, and building a structure on National Forest F4017514. See additional report with pictures available.

The foregoing statement is based upon:
☑ my personal observation ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 2-8-06  (Officer's Signature)

Probable cause has been stated for the issuance of a warrant

Executed on: _____
CVB SPAN 2/13/2006 U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: A 66

06-03316-MP-GEE (CVB)

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F 4017513 | AQuveds | 1759 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 2/7/06 1242 | 36 CFR 261.10b |

Place of Offense: Redington Pass mm 10 ½

Offense Description: Residential living on Forest

F 4017513

### DEFENDANT INFORMATION
Phone ( )

| Last Name | First Name | M I |
|---|---|---|
| Schafer | John | D |

Street Address: [redacted]
City: [redacted]  State: [redacted]  Zip Code: [redacted]  Date of Birth: [redacted]
Drivers License No: [redacted]  DL State: [redacted]  Social Security No: [redacted]
X Adult  ☐ Juvenile  Sex: X M ☐ F  Race/Hair/Eyes/Height: [redacted]

### VEHICLE DESCRIPTION
Tag No: [redacted] AZ  VIN: [redacted]
Year/Make/Type/Color: [redacted]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ 200.00 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 225.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

---

**FILED / LODGED**
**RECEIVED / COPY**
JUN - 6 2006
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY
SCF

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 8, 2006 while exercising my duties as a law enforcement officer in the Federal District of Arizona, Coronado National Forest, Santa Catalina Ranger District, I was assigned to check an illegal structure located on National Forest in Redington Pass MP 10.5. Myself and Officers Edwards and Aydelotte walked into the area and found John David SCHAFER sitting in front of the structure. SCHAFER claimed ownership and responsibility for the structure and stated he had been living on Forest for the last nine years. SCHAFER stated he had cut trees in the area to build the structure and had pruned trees in the area for gardening.

Violation notices were given to SCHAFER for residential living F4017513, damaging government property F4017515, and building a structure on National Forest F4017514. See additional report with pictures available.

F4017513

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 2-8-06   [signature]
                Date          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
            Date          U.S. Magistrate Judge

CVB Scan 2/13/2006 15:20:08