| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - TUCSON | MAGISTRATE JUDGE'S MINUTES<br>****************************<br>**Filed: 5/5/2006**<br>Clerk U.S. District Court<br>District Of Arizona<br>BY: _____ (Deputy)<br>**************************** |

DATE: 4/4/2006        CASE NUMBER: 06-03316-MP-GEE (CVB)

USA vs. JOHN D. SCHAFER
DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ RELEASED ☐ CUSTODY ☐ WRIT

U.S. MAGISTRATE JUDGE: GLENDA E. EDMONDS   Judge #: 70BH

U.S. Attorney Angela Martinez (IA Only)        INTERPRETER REQ'D N/A

Attorney for Defendant John D. Schafer (Pro Se)

☒ Dft. JOHN D. SCHAFER did appear and asked for a trial. However, prior to the clerk contacting chambers for a trial date, the Defendant left the courtroom and could not be located. Therefore, no conditions of release were prepared and no trial date was set. The clerk will mail a notice to appear to Mr. Schafer and reschedule the initial appearance for June 6, 2006 at 9:00 a.m.

☐ Dft. JOHN D. SCHAFER _____ states T/N is _____

☐ Dft. JOHN D. SCHAFER _____ Court enters plea of _____ for the defendant.

☐ Financial Affidavit taken.

☐ Counsel shall have 20 days to file Motions.

☐ Motion Hearing Date: ☐ to be set if any motions filed ☐ same as trial date.

☐ Plea Deadline: _____

☐ Ordered case continued to _____ ☐ for **court trial** before the Hon. Magistrate Judge Edmonds.

☐ Defendant signed Order Specifying Methods and Conditions of Release and was released on his own recognizance. The defendant was advised on the record of his conditions of release.

Court **ORDERED** conditions:
1) The Defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.
2) The Defendant shall not commit any federal, state, or local crime.
3) The Defendant shall immediately advise the Court, defense counsel, and U.S. Attorney in writing before any change in address/telephone number.

Government ☐ Concurs ☐ Objects ☐ Recommends _____

☐ An original and one copy of the exhibit list, proposed witness list and all exhibits shall be submitted to the Courtroom Clerk on the day of trial. All exhibits shall be pre-marked by counsel; counsel shall contact Courtroom Clerk for same one week prior to trial. **Counsel shall provide the Court with a tabbed binder of their exhibits for use at trial.**

☐ Unless otherwise ordered, counsel shall file with the Court proposed voir dire questions and proposed jury instructions **at least five (5) working days before trial**.

"Last minute or eleventh hour" matters which delay the start of trial will be met with disfavor, and could result in denial of matters or imposition of sanctions.

ALL ATTORNEYS, AND THEIR CLIENTS, ARE TO BE PRESENT IN THE COURTROOM AT LEAST THIRTY (30) MINUTES BEFORE THE SCHEDULED START OF TRIAL.

Copies have been distributed to:              Recorded by Courtsmart
Lynette Kimmins (Assigning Supervisor AUSA)   BY:   Sandra G. Fuller
Angela Martinez (CVB AUSA)                    Deputy Clerk
Mr. John D. Schafer (Pro Se)
Margaret Strong (USFS)
GEE