DATE: 6/6/2006     CASE NUMBER: 06-03313-MP-GEE (CVB)

USA vs. JOHN D. SCHAFER

DEFENDANT: ☐ PRESENT ☒ NOT PRESENT ☒ RELEASED ☐ CUSTODY ☐ WRIT

U.S. MAGISTRATE JUDGE: JACQUELINE MARSHALL  Judge #: 70BN

U.S. Attorney Angela Martinez (IA Only)     INTERPRETER REQ'D N/A

Attorney for Defendant John D. Schafer (Pro Se)

☒ Dft. JOHN D. SCHAFER not appearing, on motion of Government, Bench Warrant issued to U.S. Marshal.

☐ Dft. _____ states T/N is _____

☐ Dft. _____ Court enters plea of _____ for the defendant.

☐ Financial Affidavit taken

☐ Court appoints counsel.

☐ Counsel shall have 20 days to file Motions.

☐ Motion Hearing Date: ☐ to be set if any motions filed ☐ same as trial date.

☐ Plea Deadline: _____

☐ Ordered case continued to _____ ☐ for **court trial** before the Hon. Magistrate Judge Edmonds.

☐ Defendant signed Order Specifying Methods and Conditions of Release and was released on his own recognizance. The defendant was advised on the record of his conditions of release.

Court **ORDERED** conditions:
1) The Defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.
2) The Defendant shall not commit any federal, state, or local crime.
3) The Defendant shall immediately advise the Court, defense counsel, and U.S. Attorney in writing before any change in address/telephone number.
Government ☐ Concurs ☐ Objects ☐ Recommends _____

☐ An original and one copy of the exhibit list, proposed witness list and all exhibits shall be submitted to the Courtroom Clerk on the day of trial. All exhibits shall be pre-marked by counsel; counsel shall contact Courtroom Clerk for same one week prior to trial. **Counsel shall provide the Court with a tabbed binder of their exhibits for use at trial.**

☐ Unless otherwise ordered, counsel shall file with the Court proposed voir dire questions and proposed jury instructions **at least five (5) working days before trial**.

"Last minute or eleventh hour" matters which delay the start of trial will be met with disfavor, and could result in denial of matters or imposition of sanctions.

ALL ATTORNEYS, AND THEIR CLIENTS, ARE TO BE PRESENT IN THE COURTROOM AT LEAST FIFTEEN (15) MINUTES BEFORE THE SCHEDULED START OF TRIAL.

Copies have been distributed to:
Lynette Kimmins (Assigning Supervisor AUSA)
GEE
Mr. John Schafer

Recorded by Courtsmart
BY: Sandra G. Fuller
Deputy Clerk