DENNIS K. BURKE
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: craig.russell2@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br>   v.<br><br>John D. Schafer,<br><br>         Defendant. | 4:06-po-03316-GEE-1<br><br>**MOTION FOR DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court, the United States Attorney for the District of Arizona hereby dismisses the above-captioned complaint with prejudice against defendant John D. Schafer, and requests an order quashing the arrest warrant for said defendant.

Respectfully submitted this 12th day of May, 2011.

                              DENNIS K. BURKE
                              United States Attorney
                              District of Arizona

                              /s/ Craig H. Russell

                              CRAIG H. RUSSELL
                              Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 12th day of May, 2011, to:

John D. Schafer
PRO SE