1
2
3
4
5
6
7      UNITED STATES DISTRICT COURT
8         DISTRICT OF ARIZONA
9
United States of America,

            Plaintiff,

     v.

John D. Schafer,

            Defendant.

4:06-po-03316-GEE-1

**ORDER FOR DISMISSAL**

This matter coming before the Court on the United States of America's motion to dismiss the above-captioned complaint with prejudice against defendant John D. Schafer, and requesting an order quashing the arrest warrant for said defendant,

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

IT IS FURTHER ORDERED that the warrant for defendant's arrest is quashed..