IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **John D. Schafer,** ) <br> ) <br> ) <br> **Defendant.** ) <br> _____ ) | **Case No: 06-po-3316(GEE)** <br><br> **O R D E R** |

This matter coming before the Court on the Government's motion to dismiss the above-captioned complaint with prejudice against Defendant Johh D. Schafer, and requesting an order quashing the arrest warrant for said defendant,

**IT IS ORDERED** the Motion is **GRANTED** and this case is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Warrant for defendant's arrest is **QUASHED.**

DATED this 12th day of May, 2011.

_____
Glenda E. Edmonds
United States Magistrate Judge